A. GREEN v. THE STATE.

No. 19579.    Delivered December 7, 1938.

The opinion states the case.

*M. M. Guinn,* of Rusk, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for selling intoxicating liquor in Cherokee County, Texas, which county is by proper averments alleged to be dry territory; punishment being a fine of $150.00 and ten days in jail.

The precise question is presented in the present record as in Sam Watson v. State, No. 19578, this day decided [page 632 of this volume], with reference to the certificate of the county judge as to publication of the order declaring the result of the local option election in Cherokee County.

The reasons which demanded a reversal in Watson's case call for the same order here.

The judgment is reversed and the cause remanded.